IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **BANCO POPULAR DE PUERTO RICO, ET AL**<br>    **Plaintiffs**<br><br>v.<br><br>**LATIN AMERICAN MUSIC, ET AL**<br>    **Defendants** | Civil No. 01-1142(PG/ADC) |
| **LATIN AMERICAN MUSIC, ET AL**<br>    **Plaintiffs**<br><br>v.<br><br>**BANCO POPULAR DE PUERTO RICO, ET AL**<br>    **Defendants** | Civil No. 01-1461(PG/ADC) |



## ORDER

Civil Case No. 01-1461(PG/ADC) and Civil Case No. 01-1142(PG/DC), two copyright infringement cases, were consolidated by the Court on August 8, 2001. *See* Civil Case No. 01-1461(JP), **Docket No. 43**. The Court's Docket shows pending in Civil Case No. 01-1461(PG/ADC), plaintiffs' Motion for Preliminary and Permanent Injunction. *Id.* at **Docket No. 2**. This pleading was filed in the very early stages of litigation. The issues in this case are now being disposed of through a series of conferences and a structured two-stage method of resolution. *See* **Docket No. 111**.

Since the consolidation of the cases, plaintiffs have not sought the imposition of injunctive relief. More so, the parties have already submitted to the court the necessary

Civil No. 01-1142(PG/ADC)   Page No. 2

underlying data for a final adjudication of the copyright issues raised. Accordingly, plaintiffs' Motion for Preliminary and Permanent Injunction Civil Case No. 01-1461(JP), **Docket No. 2**, is **DENIED**, without prejudice.

    **SO ORDERED.**

    At San Juan, Puerto Rico, this 24th day of August, 2005.

    S/AIDA M. DELGADO-COLON
    **U.S. Magistrate-Judge**