## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BANCO POPULAR DE PUERTO RICO, INC. | CIVIL NO. 01-1142 (GAG) |
| Plaintiff | |
| v. | |
| LATIN AMERICAN MUSIC CO., INC., ET ALS., | COPYRIGHT INFRINGMENT |
| Defendants. | |
| _____ | |
| LATIN AMERICAN MUSIC CO., INC., ET ALS., | CIVIL NO. 01-1461 (GAG) |
| Plaintiffs | |
| v. | |
| BANCO POPULAR DE PUERTO RICO, INC. | |
| Defendant. | |
| _____ | |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**COME NOW** the LAMCO/ACEMLA parties, represented through their undersigned attorneys and respectfully allege, state, and pray the following:

1. On this same date, the appearing parties took the court ordered date deposition of Mr. Richie Viera, witness in this case, said deposition commenced at 10:00 a.m. and ended at 7:40 p.m.

2. On this same date, an Emergency Motion to Re-Set BPPR Part 2 deposition has been filed as Ms. Evelyn Vega has notified the undersigned attorney of

   her inability to appear tomorrow at her scheduled deposition as she is in Caguas State Court in a trial.

3. Finally, the appearing party produced Raul Bernard for his court ordered July 2, 2009, part 2, said deposition lasted all day.

**WHEREFORE**, the LAMCO/ACEMLA parties, respectfully request that the Court notes its Informative Motion.

   **RESPECTFULLY SUBMITTED**.

**CERTIFICATE OF SERVICE**: I hereby certify that a copy of the foregoing document has been filed with the Clerk of Court using the CM/ECF system who will send notice to the attorneys of record, Prado, Nunez & Assoc.'s, Edwin Prado-Galarza, Francisco Ramos; 416 Ponce De Leon Ave, San Juan, P.R. 00918; Roberto Suiero Del-Valle, P.O. Box 270331, San Juan, P.R. 00927-0331; Jean Paul Vissepo Garriga, Ave Roosevelt, Esq. Antolin, No. 401, San Juan, Puerto Rico 00918; Francisco Ramos Martinez, 403 Del Parque Street, San Juan, P.R. 00912; Attorney PHV Barry Slotnick, Esq., Attorney Katarina Syipex-Rubio, Attorney Samuel Pamias-Portalatin; Attorney Edgardo Colon Arraras; and Jose Luis Barreto.

   **RESPECTFULLY SUBMITTED.**

   In Ponce, Puerto Rico, this July 28th day of July 2009.

s/ Mauricio Hernandez Arroyo, Esq.

**LAW OFFICES OF MAURICIO HERNANDEZ ARROYO**

USDC-PR No. 208409

Attorney for LAMCO/ACEMLA, etc.

1369 Calle Salud, Suite 104

Ponce, Puerto Rico 00717-2014

Tel No. (787) 984-0789, cel (787) 597-4815

Fax No. (787) 984-0789; 841-7979

e-mail: [mhernandezarroyolaw@gmail.com](mailto:mhernandezarroyolaw@gmail.com)