IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BANCO POPULAR DE PUERTO RICO     CIVIL NO. 01-1142(GAG)
Plaintiff

v.

LATIN AMERICAN MUSIC CO, INC, et al
Defendants

## MOTION TO CORRECT ATTACHMENT OF STATEMENT OF UNCONTESTED MATERIAL FACT

TO THE HONORABLE COURT

COMES NOW, Guillermo Venegas Lloveras, Inc. ( GVLI) , by and through the undersigned counsel and respectfully avers and prays as follows:

1- GVLI presented a Statement of Uncontesteted Material Facts with the corresponding exhibits as attachments. Dkt 338 which accompanies the Motion for Summary Judgment filed in the instant case. Dkt 336.

2- In reviewing the Statement GCLI became immediately aware that exhibit 1 notwithstanding the proper title did not contain the correct document.

3- The Statement of Material Facts identified Exhibit 1 as Banco Popular's complaint. However the document attached was the Answer to Counterclaim of Guillermo Venegas Lloveras, INC. filed by BPPR.

4- Attached to this motion is the correct document – Banco Popular's Complaint - As exhibit 1 of the Statement of Uncontested Material Facts.

5- GVLI understands that the adverse parties are not prejudiced by the correct filing. The pertinent uncontested statements numbers 1,2, 4 and 5 are in no manner modified. These identify the source of the statements and the pertinent parts of the complaint.

6- Attached to this motion is the correct document – Banco Popular's Complaint - as exhibit 1 of the Statement of Uncontested Material Facts.

WHEREFORE , it is respectfully requested that this Honorable Court grant this Motion to Correct the Attachment of the Statement of Uncontested material Facts.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this date I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system which will send notification to the attorneys of record.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this August 29, 2009.

*Signed/Josè L Barreto -Rampolla*
Josè L. Barreto Rampolla
Attorney for Guillermo Venegas Lloveras Inc.
USDC NO. 202311
PO Box 9023880
San Juan, Puerto Rico 00902-3880
Tel 787-724 6398
Fax 787-725-1974
barretojose@microjuris.com
