IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| BANCO POPULAR DE PUERTO RICO ET ALS.,, | * | **CV. 01-1142 (GAG)** |
| PLAINTIFF, | * | |
| V. | * | |
| LAMCO/ACEMLA, ET ALS., | * | |
| DEFENDANT. | * | |
| LAMCO/ACEMLA ET ALS.,, | * | **CV. 01-1461 (GAG)** |
| PLAINTIFF, | * | |
| V. | * | |
| BANCO POPULAR DE PUERTO RICO, ET ALS., | * | |
| DEFENDANT. | * | |

**MOTION JOINING AT DK. 360**

**TO THE HONORBLE COURT:**

  **COMES NOW** defendant/plaintiff, LAMCO/ACEMLA parties, through the undersigned attorney of record and respectfully states, alleges and prays the following:

  1. On this same date, Cuco Pena parties have filed a Motion to Extend Time to file Joint Pretrial Memo due by September 15, 2009, and the appearing parties join that motion and for the reasons stated its motion to amend filed and granted yesterday.

  2. The undersigned spoke with the PEER parties attorney yesterday and regarding the coordination of the meeting of the PT and they stated that they had no objection to the request to extend the time to file the PT Memo.

3. The undersigned also spoke with the Venegas attorney yesterday regarding other matters and the PT Memo and there was no objection raised to the extension being requested.

4. The BPPR had previously also been stated in Peer's prior motion that the same had no objection to this same request.

**WHEREFORE**, plaintiff respectfully requests that this Honorable Court grant the Motion Join and grant the Motion at 360, extending the time for PT Memo due for good cause shown herein as there is consent for the same relief requested by the aforementioned parties.

**RESPECTFULLY SUBMITTED:**

**CERTIFICATE OF SERVICE:** I HEREBY CERTIFY that a true and exact copy of the foregoing document has been filed with the Clerk of Court using the CM_ECF system that will served notice to all counsel and to all of the parties counsel at their address of record herein.

In Ponce, Puerto Rico, this 11th day of September, 2009.

/s Mauricio Hernandez Arroyo

---

**LAW OFFICES OF**
**MAURICIO HERNANDEZ ARROYO**
**USDC-PR NO. 208409**
**Attorney for LAMCO/ACEMLA**
1369 Calle Salud, Suite 104
Ponce, Puerto Rico 00717-2014
Tel./Fax No. (787) 984-0789
Cel No. (787) 597-4815
e-mail"mhernandezarroyolaw@gmail.com