IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| BANCO POPULAR DE PUERTO RICO, INC. | * * * | |
| | * | CIVIL NO. 01-1142 (GAG) |
| Plaintiff, | * * | |
| v. | * * | |
| LATIN AMERICAN MUSIC CO., INC., et al., | * * * | |
| Defendants. | * * | |
| _____ | | |
| LATIN AMERICAN MUSIC CO., INC., et al., | * * * | |
| | * | CIVIL NO. 01-1461 (GAG) |
| Plaintiffs, | * * | |
| v. | * * | |
| BANCO POPULAR DE PUERTO RICO, INC., et al., | * * * | |
| Defendants. | * * | |
| _____ | | |

**UNIVERSAL MUSIC GROUP'S MOTION JOINING REQUESTS FOR EXTENSION OF TIME TO FILE PRETRIAL REPORT (DOCKETS NO. 360, 361)**

**TO THE HONORABLE COURT:**

**COMES NOW,** Universal Music Group ("Universal"), through the undersigned counsel, and respectfully **STATES**, **AVERS**, and **PRAYS**:

1.      On even date, defendants Angel "Cuco" Peña and Altamar Music filed a motion entitled "Motion Requesting Extension of Time to File Pre Trial Document" (Docket No. 360). In said motion, co-defendants request that this Honorable Court grant the parties an extension of time for filing the

time for filing the Pretrial Report currently due on February 15th, 2009, setting the new date for ten (10) days before the Pretrial Conference, in light of the various pending Motions for Summary Judgment that have been filed in the case.

2.      Also on even date, defendants/plaintiffs Latin American Music Company, Inc. ("LAMCO") and Asociacion de Compositores y Editores de Musica Latinoamericana ("ACEMLA") filed a motion entitled "Motion Joining at Dk. 360", in which they join the request made by Peña and Altamar Music (Docket No. 361).

3.      Universal respectfully joins the motions filed by the above-referenced parties (Dockets No. 360, 361), and requests that this Honorable Court set aside the February 15th, 2009 deadline for filing the Pretrial Report, and order that the same be filed ten (10) days prior to the celebration of the Pretrial Conference.

**WHEREFORE**, Universal respectfully joins the motions filed by the above-referenced parties (**Dockets No. 360, 361**), and requests that this Honorable Court set aside the February 15th, 2009 deadline for filing the Pretrial Report, and order that the same be filed ten (10) days prior to the celebration of the Pretrial Conference.

**RESPECTFULLY SUBMITTED.**

**I CERTIFY** that on this same date I filed the foregoing by uploading to the CM/ECF system, which will send automatic notices to the attorneys of record:

In San Juan, Puerto Rico, this 11th day of September, 2009.

**Attorneys for Universal Music Group**

S/ EDGARDO COLON ARRARAS
_____
**EDGARDO COLON ARRARAS**
USDC No. 129612
E-mail: ecolon@gaclaw.com


S/ MARIANA NEGRÓN-VARGAS
_____
**MARIANA NEGRÓN-VARGAS**
USDC No. 215309
E-mail: mnegron@gaclaw.com


**GOLDMAN ANTONETTI & CORDOVA, PSC**
P.O. Box 70364
San Juan, PR 00936-8364
Tel. (787) 759-8000
Fax (787) 767-9177