UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
----------------------------------------------------------X
BANCO POPULAR DE PUERTO RICO,                :
INC.,
                                             :
            Plaintiff,
                                             :
      -against-                                  Civil No. 01-1142 (GAG)
                                             :
LATIN AMERICAN MUSIC CO., INC. et al.,
                                             :
            Defendants.
                                              
LATIN AMERICAN MUSIC CO., INC. et al.,  X:

            Plaintiffs,                      :

      -against-                              :  Civil No. 01-1461 (GAG)

BANCO POPULAR DE PUERTO RICO,                :
INC., et al.,
                                             :
            Defendants.
----------------------------------------------------------X

## PEER PARTIES' LAMCO/ACEMLA JOINT INFORMATIVE MOTION

Defendants, Peer International Corporation, Peer International Corporation of Puerto Rico, Peer Music Ltd., Broadcast Music, Inc., EMI Park Groove, Inc., Sonido, Inc., and EMI Catalogue Partnership (collectively, the "Peer Parties"), by their attorneys Loeb & Loeb LLP and Adsuar Muñiz Goyco Seda & Perez Ochoa, PSC, and Latin American Music Co., Inc. and ACEMLA de Puerto Rico, Inc. (jointly "LAMCO/ACEMLA") by their attorney Mauricio Hernández Arroyo respectfully inform the court as follows:

The Peer Parties and LAMCO/ACEMLA have reached a settlement agreement under the terms presented to the Court during the settlement conference on October 9, 2009. The terms of the settlement will be put in writing separately and filed under seal with the court to preserve the confidentiality of the agreement. The settlement disposes of the case entirely as to the Peer

Parties, but not as to LAMCO/ACEMLA. Additionally, LAMCO/ACEMLA did not reach a settlement agreement with Universal Musica, Inc.

Wherefore, the Peer Parties and LAMCO/ACEMLA request that the Court take note of the above.

Dated: New York, New York
       October 10, 2009

Respectfully submitted,

LOEB & LOEB LLP

By: _____
     Barry I. Slotnick (*admitted pro hac vice*)
345 Park Avenue
New York, New York 10154-1895
Tel: (212) 407-4000
Fax: (212) 407-4990

San Juan, Puerto Rico, October 10, 2009

ADSUR MUÑIZ GOYCO SEDA & PEREZ OCHOA, PSC

By:S/KATARINA STIPEC
     Katarina Stipec (206611)
P.O. Box 70294
San Juan, Puerto Rico 00936-8294
Tel: (787) 756-9000
Fax: (787) 756-9010

*Attorneys for Peer International Corporation, Peer International Corporation of Puerto Rico, Peer Music Ltd., Broadcast Music, Inc., EMI Park Groove, Inc., Sonido, Inc. and EMI Catalogue Partnership*

LAW OFFICES OF
MAURICIO HERNANDEZ ARROYO

{AMG: 093835.DOC v.1}                    2

By: S/MAURICIO HERNANDEZ ARROYO
Mauricio Hernández Arroyo (208409)
1369 Calle Salud Suite 104
Ponce, Puerto Rico 00717-2014
Tel./Fax (787) 984-2014
Cel. No. (787) 597-4815
mhernandezarroyolaw@gmail.com

*Attorney for Latin American Music Co., Inc. and ACEMLA de Puerto Rico, Inc*

CERTIFICATE OF SERVICE

  CERTIFICATE OF SERVICE: I hereby certify that the forgoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will in turn send notification of such filing to all counsel of record.

S/KATARINA STIPEC