**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| BANCO POPULAR DE PUERTO RICO, INC. | |
| Plaintiff, | CIVIL NO. 01-1142 (GAG) |
| v. | |
| LATIN AMERICAN MUSIC CO., INC., et al., | |
| Defendants. | |
| | |
| LATIN AMERICAN MUSIC CO., INC., et al., | |
| Plaintiffs, | CIVIL NO. 01-1461 (GAG) |
| v. | |
| BANCO POPULAR DE PUERTO RICO, INC., et al., | |
| Defendants. | |

**INFORMATIVE MOTION REGARDING PREFERRED TRIAL DATE**

**TO THE HONORABLE COURT:**

    **COMES NOW,** Universal Music Group ("Universal"), through the undersigned counsel, and respectfully **STATES**, **AVERS**, and **PRAYS**:

    1.    This Honorable Court issued an order on October 11, 2009, in which it informed Universal and plaintiffs Latin American Music Company, Inc. ("LAMCO") and Asociacion de Compositores y Editores de Musica Latinoamericana ("ACEMLA") ("LAMCO/ACEMLA") that the Court could hold the bench trial regarding the ownership claims pending between them either

on the afternoon of Thursday, October 15, or on Friday, October 16, at 9:00 a.m. The Court instructed the parties to consult on the preferred date and inform the Court of the selection at the Pretrial/Settlement Conference set for tomorrow afternoon. **(Docket No. 420).**

2. Counsel for Universal, Edgardo Colón-Arrarás, spoke with counsel for LAMCO/ACEMLA, Mauricio Hernández-Arroyo, and they have agreed upon holding the trial on **Friday, October 16, 2009, at 9:00 a.m.**

**WHEREFORE**, Universal respectfully requests that this Honorable Court take notice of the aforementioned, and that it set the trial date for **October 16, 2009 at 9:00 a.m.** as per counsel's agreement, and this Honorable Court's Order (**Docket No. 420**).

**RESPECTFULLY SUBMITTED.**

**I CERTIFY** that on this same date I filed the foregoing by uploading to the CM/ECF system, which will send automatic notices to the attorneys of record:

In San Juan, Puerto Rico, this 12th day of October, 2009.

**Attorneys for Universal Music Group**

S/ EDGARDO COLON ARRARAS
_____
**EDGARDO COLON ARRARAS**
USDC No. 129612
E-mail: ecolon@gaclaw.com

S/ MARIANA NEGRÓN-VARGAS
_____
**MARIANA NEGRÓN-VARGAS**
USDC No. 215309
E-mail: mnegron@gaclaw.com

**GOLDMAN ANTONETTI & CORDOVA, PSC**
P.O. Box 70364
San Juan, PR 00936-8364
Tel. (787) 759-8000
Fax (787) 767-9177