1

```
 1                  UNITED STATES DISTRIC COURT
 2                 FOR THE DISTRICT OF PUERTO RICO
 3
 4      BANCO POPULAR DE PUERTO RICO,      CIVIL No.01-1142(GAG)
 5      Plaintiff
 6      V.
 7      LATIN AMERICAN MUSIC.,CO.,Inc.     OPYRIGHT INFRINGEMENT
 8      et als
 9      Defendants
10      LATIN AMERICAN MUSIC CO., Inc.,    CIVIL No.01-1461 (PG)
11      Plaintiff
12      V.
13      BANCO POPULAR DE PUERTO RICO,
14      Defendants
15
16                  Deponent Paulette Lavergne-Cuyar
17      Date:            May 27, 2009
18      Time:            10:00 am.
19      Place:           Law Offices of Prado Nuñez y Asociados
20                       403 Calle del Parque, 8to. Piso
21                       San Juan Puerto Rico 00912
22
23      Taken By:        Mauricio Hernández Arroyo, Esq.
24
```

1  canciones a las que el le puso música, pero ese detalle no me
2  acuerdo—

3  Q:  And so if he is the owner of the music, but not the
4  words, do you know why the bank didn't pay LAMCO for those songs
5  used in the specials?

6  no lo pagó porque --    ... ... ... ... ... entiendo que es
9  que ni sabía que ACEMLA o LAMCO tenían algún derecho sobre esa
10 canción.

11 Q:  Do you know or you just—

12 A:  No, estoy imaginándome porque no sé—

13 Q:  I don't want you to imagine, I'm just asking what you
14 know based on your meetings with Roy Brown, now you're telling
15 me you know that is 50%--

16 A:  Exacto, en aquel momento yo no lo sabía—

17 Q:  I was asking at that time. And did you have any
18 meetings with any other composers that were involved with double
19 claims with LAMCO and ACEMLA?

20 A:  Si, no se si tuve reuniones pero si recuerdo llamadas
21 telefónicas con el señor Venegas, me imagino que es el
22 representado del licenciado, además de el--

23 Q:  What happened at that meeting?

24 A:  Como digo, no recuerdo si llegamos a reunirnos o si
25 fue telefónico, pero si estuve, y se que recibí cartas de el
26 también, tenían que ver con la canción "Génesis", que el estaba

1  reclamando unos derechos y por otro lado yo creo que nosotros
2  habíamos pagado no se si fue a Pier o a alguien lo habíamos
3  pagado derecho por esa canción, por otro lado teníamos a Bernard
4  también reclamándonos derecho sobre esa canción, o sea, que
5  teníamos a 3 personas reclamándonos por la misma canción en un
6  momento dado y no recuerdo el detalle pero en general recuerdo
7  que al señor Venegas lo que se le dijo fue mire ahora mismo
8  usted tiene una reclamación pero es que ahora mismo todo el
9  mundo me está haciendo esta reclamación y hasta que yo no sepa
10 que es lo que procede y quien es que tiene derecho yo no puedo
11 pagarle a usted, además ya yo pague por estos derechos-

12    Q:   What other artists, composer did you meet with similar
13 to the same line concerning double claims—

14    A:   Me acuerdo de Roy Brown, y me acuerdo del señor
15 Venegas, pero no me recuerdo ahora mismo de mas ninguno, no es
16 que no lo haya habido, es que ahora mismo no me recuerdo de mas
17 ninguno.

18    Q:   Would you have any documentation concerning those
19 meetings, and that participation that you had concerning those
20 songs?

21    A:   No.

22    Q:   When you say "no", you do not have them or you don't
23 know?

24    A:   Pues yo no sé, como usted puede pensar que yo voy a
25 acordarme de esto que pasó hace tanto tiempo, a veces yo hago
26 notas de una reunión y la guardo en un expediente, otras veces
27 no hago notas, yo no se si en estas reuniones si se hizo o no se
28 hizo.