```
 1              UNITED STATES DISTRIC COURT

 2            FOR THE DISTRICT OF PUERTO RICO

 3

 4      BANCO POPULAR DE PUERTO RICO,      CIVIL No.01-1142(GAG)

 5      Plaintiff

 6      V.

 7      LATIN AMERICAN MUSIC.,CO.,Inc.     OPYRIGHT INFRINGEMENT

 8      et als

 9      Defendants
        _____
10      LATIN AMERICAN MUSIC CO., Inc.,    CIVIL No.01-1461 (PG)

11      Plaintiff

12      V.

13      BANCO POPULAR DE PUERTO RICO,

14      Defendants
        _____
15

16                  Deponent Paulette Lavergne-Cuyar

17      Date:           May 27, 2009

18      Time:           10:00 am.

19      Place:          Law Offices of Prado Nuñez y Asociados

20                      403 Calle del Parque, 8to. Piso

21                      San Juan Puerto Rico 00912

22

23      Taken By:       Mauricio Hernández Arroyo, Esq.

24
```

1   Deponent: Si, es correcto.

2   MR. BARRETO: And what did you do at that time?

3   A: Básicamente lo mismo que le digo aquí a ACEMLA al
4   representante legal de ACEMLA y LAMCO, ¿qué voy a hacer? que no
5   voy a recomendar o ni a tomar una opinión con respecto a si
6   procede o no ese pago de esa reclamación de Venegas Llovera en
7   la medida en que eso es una controversia que está en el tribunal
8   y que en ese momento si mal no recuerdo esto es una canción que
9   no se si Peer también le habíamos me parece que a Peer también
10  que nosotros le habíamos pagado originalmente a Peer y que
11  entonces después llegó la reclamación de ACEMLA, llegó también
12  la de Venegas Llovera en otras palabras que habían 3 entidades
13  reclamando derecho sobre esa canción y en ese tipo de situación
14  lo más aconsejable es mira vamos a esperar, y estando esto ante
15  el tribunal, vamos a esperar que el tribunal resuelva.

16  MR. BARRETO: But you did pay Pier?

17  A: Si porque esto yo creo que esto se refiere a los
18  primeros creo que al primero de todos los especiales o por lo
19  menos uno de los primeros 3, esto fue mucho antes de que
20  nosotros ni supiéramos que existía ACEMLA.

21  MR. BARRETO: Did they provided any information detailing
22  the $824.099,—

23  A: Si en aquel momento presentaron algo así, déjame ver
24  si es eso

25  MR. BARRETO: Let me see to be sure (inaudible)

26  MS. STIPEC-RUBIO: (Inaudible)