```
 1                UNITED STATES DISTRIC COURT

 2              FOR THE DISTRICT OF PUERTO RICO

 3

 4    BANCO POPULAR DE PUERTO RICO,     CIVIL No.01-1142(GAG)

 5    Plaintiff

 6    V.

 7    LATIN AMERICAN MUSIC.,CO.,Inc.    OPYRIGHT INFRINGEMENT

 8    et als

 9    Defendants
     _____

10    LATIN AMERICAN MUSIC CO., Inc.,   CIVIL No.01-1461 (PG)

11    Plaintiff

12    V.

13    BANCO POPULAR DE PUERTO RICO,

14    Defendants
     _____

15

16              Deponent Paulette Lavergne-Cuyar

17    Date:          May 27, 2009

18    Time:          10:00 am.

19    Place:         Law Offices of Prado Nuñez y Asociados

20                   403 Calle del Parque, 8to. Piso

21                   San Juan Puerto Rico 00912

22

23    Taken By:      Mauricio Hernández Arroyo, Esq.

24
```

1    Q:   And when the claim came from Mr. Bernard on behalf of
2    LAMCO and ACEMLA, what-- you testified that you met with him at
3    some point?

4    A:   Si.

5    Q:   And what happened at that meeting?

6    A:   Pues él nos explicó su posición y la base de sus
7    reclamaciones que eran de mucho dinero, este pero yo- que
8    exactamente salió en esa reunión pues no me puedo acordar mucho,
9    yo sé que no llegamos a ningún tipo de conclusión en esa reunión
10   porque yo no conozco la materia, o sea, obviamente cualquier
11   reclamación que él haya hecho pues la íbamos a tener que
12   consultar este.. porque yo no estaba en posición de poder
13   aconsejar al Banco sobre que hacer porque no conozco esta área
14   del derecho así que salvo oír cual era el reclamo de él y
15   nosotros exponerle-si me acuerdo que nosotros le explicamos a él
16   que el Banco en todo momento pues trató de cumplir con todo el
17   mundo y de pagarle a todo el mundo como es la costumbre de el
18   Banco hacer en cualquier proyecto—o sea, de pagarlo a quien le
19   tiene que pagar y que si el tenía un derecho este.. y nosotros
20   lo pagamos pues fue porque de buena fe le pagamos a otras
21   personas que nos habían dicho que eran quienes tenían los
22   derechos sobre esas canciones así que-

23   Q:   When was that meeting?

24   A:   Debe haber sido como para alrededor del 97/96/97.

25   Q:   And who else was present at that meeting?

26   A:   Yo se que había alguien más con el señor Bernard y del
27   Banco, hay Dios mío quien estaba es esa reunión?... la verdad que