# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES – BENCH TRIAL**



DATE: 10-16-09                                          **JUDGE GUSTAVO A. GELPI**

C.R. DEPUTY: CARLOS J. RODRIGUEZ           CV. 01-1142 (GAG)

COURT REPORTER: YVETTE RICHARDSON

CSO: MIGUEL DE LEON

**BANCO POPULAR DE PUERTO RICO**

VS.

**LAMCO / ACEMLA, ET ALS.**

**Parties involved in Bench Trial**

**LAMCO, INC.**

  VS.

**UNIVERSAL MUSIC, LTD.**

**ATTORNEYS:**
For Defendant(s):
  MAURICIO HERNANDEZ-ARROYO

For Defendant(s):
  EDGARDO COLON-ARRARAS
  MARIANA NEGRON-VARGAS

---

CASE CALLED FOR BENCH TRIAL. Controversy is based on the ownership of the song Fichas Negras.

Testimony of Eddie Fernández heard on behalf of defendant Universal Music, LTD. Universal Music, LTD rests. Testimony of Luis Raúl Bernard heard on behalf of defendant Lamco, Inc. Lamco rests.

The Court ordered that the transcripts be produced on an expedited manner. Universal Music shall file a brief one week after the transcript is produced and delivered and Lamco, Inc., shall respond a week thereafter.

s/Carlos J. Rodríguez
Deputy Clerk