# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LAMCO, INC.

    Defendant

    vs.

UNIVERSAL MUSIC, LTD.

    Defendant

Civil No. 01-1142 (GAG)

LAMCO, INC. EXHIBIT LIST

| PRESIDING U. S. DISTRICT COURT JUDGE<br>Hon. Gustavo A. Gelpi | LAMCO, INC. ATTORNEY<br>Mauricio Hernádez, Esq. | UNIVERSAL MUSIC, LTD. ATTORNEYS<br>Edgardo Colón-Arraras, Esq.<br>Mariana Negrón-Vargas, Esq. |
|---|---|---|
| BENCH TRIAL : October 16, 2009 | Court Reporter:<br>Yvette Richardson | COURTROOM DEPUTY<br>Carlos J. Rodriguez |

| DEFTS. DOC. NUMBER | DATE OFFERED | MARKED | DATE ADMITTED AS AN EXH | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| A | 10/16/09 | | 10/16/09 | USCO Certificate of Recordation Vol. 3118, Pages 476-486, 5/23/1995. |
| B | 10/16/09 | | 10/16/09 | USCO Certificate of Recordation Vol. 3118, Pages 487-495, 5/23/1995. |
| C | 10/16/09 | | 10/16/09 | USCO Certificate of Recordation Vol. 3504, Doc. 741, dated 11/21/2003. |
| D | 10/16/09 | | 10/16/09 | USCO Certificate of Registration March 22, 1999 PAU 2-357-741. |
| E | 10/16/09 | | 10/16/09 | USCO letter to LAMCO dated November 13, 2002. |
| F | 10/16/09 | | 10/16/09 | Lamco/ Acemla reply Bernard letter dated December 12, 2002. |