# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LAMCO, INC.

    Defendant

    vs.

UNIVERSAL MUSIC, LTD.

    Defendant

Civil No. 01-1142 (GAG)

UNIVERSAL MUSIC, LTD.
EXHIBIT LIST

| PRESIDING U. S. DISTRICT COURT JUDGE<br><br>Hon. Gustavo A. Gelpi<br><br>BENCH TRIAL: October 16, 2009 | LAMCO, INC. ATTORNEY<br><br>Mauricio Hernádez, Esq.<br><br><br>Court Reporter:<br>Yvette Richardson | UNIVERSAL MUSIC, LTD. ATTORNEYS<br>Edgardo Colón-Arraras, Esq.<br>Mariana Negrón-Vargas, Esq.<br><br>COURTROOM DEPUTY<br>Carlos J. Rodriguez |
|---|---|---|

| DEFTS. DOC. NUMBER | DATE OFFERED | MARKED | DATE ADMITTED AS AN EXH | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| 1 | | | 10/16/09 | 1981 EMLASA- Johnny Rodríguez-Lozada agreement regarding Fichas Negras. |
| 2 | | | 10/16/09 | Recordation of copyright assignment in Mexico. |
| 3 | 10/16/09 | | 10/16/09 | Latin American Music Co. Inc., presents with great pride some of their most popular songs. (3 pages) |
| | | | | |
| | | | | |