# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **BANCO POPULAR DE PUERTO RICO, INC.,** | |
| **Plaintiff,** | **CIVIL NO. 01-1142 (GAG)** |
| **v.** | |
| **LATIN AMERICAN MUSIC CO., INC., et al.,** | |
| **Defendants.** | |

## PARTIAL JUDGMENT

Pursuant to the settlement agreement (Docket No. 433) partial judgment is hereby entered dismissing (i) Peer International Corp., (ii) Peer International Corp. of Puerto Rico, (iii) Broadcast Music, Inc., (iv) EMI Park Groove, Inc., (v) EMI Catalogue Partnership, (vi) EMI Longitude Music, Inc. and (vii) Sonido, Inc.

**SO ORDERED.**

In San Juan, Puerto Rico this 30th day of October, 2009.


*s/ Gustavo A. Gelpí*

GUSTAVO A. GELPI
United States District Judge