# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BANCO POPULAR DE PUERTO RICO | Civil No. 01-1142(GAG) |
| v. | |
| LAMCO, *ET AL*. | |
| _____ | |
| LAMCO, *ET AL*. | Civil No. 01-1461(GAG) |
| v. | |
| BANCO POPULAR DE PUERTO RICO | |

## REQUEST FOR LEAVE TO FILE REPLY

TO THE HONORABLE COURT:

    **NOW COMES** the Estate of Catalino Curet Alonso (hereafter Curet), plaintiffs under Civil No. 01-1461(PG), represented through their undersigned attorney and respectfully alleges, states, and prays:

    1.    In the instant case, on November 10, 2009 a *RESPONSE in Opposition to Motion*, Docket Number: 453, was filed by Latin American Music Company, Inc.; Asociación de Compositores y Editores de Música Latinoamericana (ACEMLA); Jimmy Sabater, Baltazar Carrero, Felipe Rosario-Goyco, Juan Corretjer, and Latin American Music Co., Inc..

    2.    On November 16, 2009, a *Memorandum in Opposition to Motion to Intervene*, Docket Number: 455, was filed by Broadcast Music, Inc, EMI Park

Groove, Inc, Peer International, Peer International Corporation of Puerto Rico, Peer Music Ltd., Sonido, Inc., EMI Catalogue Partnership.

3.    Since the above mentioned motions allege matters not previously discussed in the Curet's motion, Docket Number 452, and allege matters that are simply not true, pursuant to L. R. 7.1, the Estate of Catalino Curet Alonso, by and through their undersigned counsel, very respectfully request leave to reply to the *Memorandum in Opposition to Motion to Intervene* submitted by Broadcast Music, Inc, EMI Park Groove, Inc, Peer International, Peer International Corporation of Puerto Rico, Peer Music Ltd., Sonido, Inc., EMI Catalogue Partnership and to the *RESPONSE in Opposition to Motion*, filed by Latin American Music Company, Inc.; Asociación de Compositores y Editores de Música Latinoamericana (ACEMLA); Jimmy Sabater, Baltazar Carrero, Felipe Rosario-Goyco, Juan Corretjer, and Latin American Music Co., Inc..

4.    Accordingly, we will require an additional period of ten (10) days *counted from the issued order* to file an answer to the above-mentioned motions and/or to otherwise plea.

**WHEREFORE**, the Estate of Catalino Curet Alonso respectfully prays to this Honorable Court for a leave to reply as previously stated.

**RESPECTFULLY SUBMITTED**.

**IT IS HEREBY CERTIFIED** that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filling to the attorneys of record.

In San Juan, Puerto Rico, November 24, 2009.

S:\ *Samuel F. Pamias-Portalatín*

**SAMUEL F. PAMIAS-PORTALATÍN**
**USDC-PR No. 220309**

**Hoglund & Pamias, P.S.C.**
256 Eleanor Roosevelt Street
San Juan, Puerto Rico 00918
Telephone: 787-772-9200
Facsimile: 787-772-9533
E-mail: samuel@hhoglund.com