IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



LATIN AMERICAN MUSIC CO.,
INC., et al.,

    Plaintiff,

v.

BANCO POPULAR DE PUERTO
RICO, INC.,

    Defendants.

CIVIL NO. 01-1461 (GAG)

## VERDICT FORM

**QUESTION 1**
**Copyright Infringement**

Do you find that Banco Popular de Puerto Rico violated Plaintiff LAMCO's copyrights with regard to the following songs listed below in regards to the 1999 songs in the 1999 Christmas Special.

ANSWER: YES __X__   NO _____

A. If no, go to question 2

B. If yes, as to what songs?

Fichas Negras __X__
Madrigal (Estando Contigo) __X__
Mi Dolor Es Mio _____
Alo Quien Llama _____

C. What amount of compensatory damages do you award against Banco Popular de Puerto Rico for any of these infringements?

__$42,941.00__

D. was the violation willful?

ANSWER: YES _____   NO __X__

**QUESTION 2**
**Copyright Infringement**

Do you find that Defendant Banco Popular de Puerto Rico violated Plaintiff ACEMLA's performance copyrights for the 1999 Christmas Special and are vicariously liable for the December 5, 1999 Special broadcasted on TV and radio stations?

ANSWER: YES_____ NO___X_____

A. If no, go to question 3

B. If yes what amount of compensatory damages do you award against Banco Popular de Puerto Rico?

_____

C. was the violation willful?

ANSWER: YES_____ NO_____

**QUESTION 3**
**Non-Payment & Breach of Contract for 1999 Music Performance Agreement**

Do you find that Defendant Banco Popular de Puerto Rico
breached its 1999 Music Performance Agreement by non-payment to Plaintiff ACEMLA's contractual rights?

ANSWER: YES_____ NO___X_____

A. If no, go to the Question 4.

B. If yes, what amount of compensatory damages do you award?

_____

**QUESTION 4**
**Failure to Report & Pay Royalties for the 1993-1995 Christmas Specials**

Do you find that Defendant Banco Popular de Puerto Rico breached
its obligation to report and pay for Royalties for the 1993-1995 Christmas Specials
after November 6, 1998?

ANSWER: YES_____ NO ___✗___

A. If no, go to question 5

B. If yes, what amount of compensatory damages do you award?

_____

**QUESTION 5**
**Antitrust Claim**

Do you find that the conduct of Plaintiff LAMCO/ACEMLA amounted to an anti-trust violation?

ANSWER: YES_____ NO ___✗___

A. If no, date and sign the verdict form

B. If yes, what damages do you award against LAMCO/ACEMLA as a result of this anti-trust violation

_____

The foreperson shall sign and date the verdict.

_____[signature]_____     __6/AGOSTO/2010__
FOREPESON                      DATE