IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BANCO POPULAR DE PUERTO RICO,
INC.,

Plaintiff (s)

v.                                                             CV. 01-1142 (GAG)

LATIN AMERICAN MUSIC CO., INC., et
al.,

Defendant (s)

## JUDGMENT IN CONSOLIDATED CASE 01-1142

The Court hereby enters judgment on the above-captioned case. This judgment

incorporates the following rulings from case no. 01-1142 :

1.    Opinion and Order at Docket No. 215 dismissing LAMCO's copyright

      infringement claims against BPPR as to "Ojos Chinos."

2.    Opinion and Order at Docket No. 270 dismissing GVLI's counterclaim for

      copyright infringement as to the mechanical and synchronization rights to

      "Genesis."

3.    Opinion and Order at Docket No. 409 dismissing Universal's claim against

      LAMCO for copyright infringement as to the work "Fichas Negras" ;

      dismissing Universal's claim as to its conflicting transfer with LAMCO; and

      dismissing all claims as to the undisputed songs "En la Vida Todo es

      Vivir" and "Oubao Moin."

4.    Opinion and Order at Docket No. 410 dismissing GVLI's claim against

      BPPR for copyright infringement as to the performance of the work

      "Genesis."

5.     Opinion and Order at Docket No. 415 dismissing LAMCO's claim as to the song "Felices Dias"; and dismissing LAMCO's state law claims on the grounds of preemption for all claims where the cause of action is equivalent in substance to a claim under copyright law.

6.     Bench Trial Opinion and Order at Docket No. 464 finding that LAMCO's 1999 copyright registration of the work "Fichas Negras" is valid.

7.     Opinion and Order at Docket No. 584 dismissing GVLI's breach of contract claim against BPPR.

8.     Bench Trial Opinion and Order at Docket No. 607 ordering LAMCO to pay $43,405.35 plus interest in damages to GVLI; finding BPPR's off-set claim as to "Genesis" moot; and finding in favor of LAMCO as to BPPR's off-set claim for "Ojos Chinos."

**SO ORDERED.**

At San Juan, Puerto Rico, this 06th day of August, 2010.

S/ Gustavo A. Gelpí
U.S. District Judge