AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR           DISTRICT OF           PUERTO RICO

LATIN AMERICAN MUSIC CO., INC., et al.

V.

BANCO POPULAR DE PUERTO RICO, INC.,

**JUDGMENT IN A CIVIL CASE**

Consolidated
Case Number:     01-1461 (GAG)

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on August 06 , 2010.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1- Defendant Banco Popular de Puerto Rico pay shall plaintiff LAMCO the sum of $42,941.00.

2- Banco Popular de Puerto Rico is hereby permanently enjoined from performing, producing, selling and/or distributing the 1999 Banco Popular Christmas Special.

3- Banco Popular de Puerto Rico is hereby ordered to preserve the master copy of the 1999 music special, as well as any remaining inventory pertaining to said special. The Court shall retain jurisdiction to order any final disposition of said items once judgment becomes final.

Gustavo A. Gelpí
U.S. District Judge

August 06 , 2010
Date                                                                                 Judicial Officer or Clerk

s/Carlos J. Rodríguez, Courtroom Deputy Clerk
(By) Deputy Clerk