IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **BANCO POPULAR DE PUERTO RICO ET. ALS.,**<br><br>        **Plaintiffs**<br>VS.<br><br>**LAMCO/ ACEMLA, ET ALS.,**<br>        **Defendants** | **CIVIL NO. 01-1142 (GAG)** |
| **LAMCO/ ACEMLA, ET ALS.,**<br><br>        **Plaintiffs**<br>VS.<br><br>**BANCO POPULAR DE PUERTO RICO ET. ALS.,**<br>        **Defendants** | **CIVIL NO. 01-1461 (GAG)** |

### NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

   Notice is hereby given that defendants Banco Popular de Puerto Rico hereby appeals to the United States Court of Appeals for the First Circuit the judgment entered in the consolidated case 01-1142 and 01-1461 on August 6th, 2010.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court which will send notification to all counsels of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 7th day of September, 2010.

**s/ Edwin Prado, Esq.**
U.S.D.C. NO. 208804
Del Parque Street 403, 8th FL.
Santurce PR  00907
Tel. (787) 725-5598
Fax. (787) 977-1410
