IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| BANCO POPULAR DE PUERTO RICO ET ALS., | * * * | CV. 01-1142 (GAG) |
| PLAINTIFF, | * * | |
| v. | * * | |
| LAMCO/ACEMLA, ET ALS., | * * | |
| DEFENDANT. | * | |
| LAMCO/ACEMLA ET ALS., | * * | CV. 01-1461 (GAG) |
| PLAINTIFF, | * * | |
| v. | * * | |
| BANCO POPULAR DE PUERTO RICO ET ALS., | * * * | |
| DEFENDANT. | * * | |

**NOTICE OF APPEAL**

**TO HONORABLE COURT:**

**COMES NOW** LAMCO/ACEMLA parties by and through the undersigned attorney, and respectfully state, allege and pray to the following:

.    1.    The LAMCO/ACEMLA parties file their Notice of Appeal to the First Circuit Court of Appeals of the Judgment entered at Docket No. 636 in Cv. 01-1142(GAG).

**WHEREFORE**, the undersigned requests that this Court take notice of the above Notice of Appeal herein of the Judgment entered in Cv. 01-1142(GAG) at Dk. 636.

1

**RESPECTFULLY SUBMITTED:**

**CERTIFICATE OF SERVICE:** I hereby certify that a true and exact copy of the foregoing document has been filed with the Clerk of Court using the CM-ECF system that will served notice to all counsel at their address of record.

In Ponce, Puerto Rico, this 7th day of September 2010.

/s Mauricio Hernandez Arroyo

**LAW OFFICES OF**
**MAURICIO HERNANDEZ ARROYO**
USDC-PR NO. 208409
Attorney for Plaintiffs LAMCO/ACEMLA
1369 Calle Salud, Suite 104
Ponce, Puerto Rico 00717-2014
Tel./Fax No. (787) 984-0789
Cel No. (787) 597-4815
e-mail: lawofficesmhernandez@gmail.com