UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


BANCO POPULAR DE PUERTO RICO          CIVIL NO. 01-1142(GAG)
Plaintiff


        v.


LATIN AMERICAN MUSIC CO, INC, et al
Defendants

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••


**NOTICE OF APPEAL**


TO THE HONORABLE COURT


COMES NOW, Guillermo Venegas Lloveras Inc.("GVLI"), co defendant, cross claimant  and

counter-claimant represented by the undersigned attorney and respectfully STATES, AVERS

and PRAYS:


  1-  GVLI file their Notice of Appeal to the First Circuit Court of Appeals of the judgment

      entered at Docket No. 636 in Cv. 01-1142 (GAG)


      WHEREFORE, GVLI respectfully requests that this Honorable Court to take notice of

      the above Notice of Appeal of the Judgment entered in Cv. 01-1142 9GAG) at docket

      636.

I HEREBY CERTIFY, that a true and exact copy of the foregoing document has been filed with

the Clerk  of the Court using the CM/ECF system who will notify all counsels of record.


RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, on this 7th day of September, 2010.


/S/ Josè L Barreto -Rampolla
Josè L. Barreto Rampolla
Attorney for Guillermo Venegas Lloveras Inc.
USDC NO. 202311
PO Box 9023880
San Juan, Puerto Rico 00902-3880
Tel 787-724-6398
Fax 787-725-1974
e-mail: barretojose@microjuris.com