UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BANCO POPULAR DE PUERTO RICO
    Plaintiff

v.

LATIN AMERICAN MUSIC CO, INC, et al
    Defendants

CIVIL NO. 01-1142 (GAG)

# WRIT OF EXECUTION OF JUDGMENT

**TO:** **The United States Marshal for the District of Puerto Rico**

WHEREAS, on January 28, 2013, the Court granted codefendant Guillermo Venegas-Lloveras, Inc.'s Motion for Execution of Judgment (Docket No.753), as follows:

### ORDER OF EXECUTION

Upon the motion filed by Guillermo Venegas Lloveras Inc. ("GVLI") (Docket No.753) for the execution of the judgment entered by this Court on September 29, 2010 (Docket No.681) and clarified by an order of the Court granting pre and post judgment interest at 4.5% (Docket 744) and the Order granting attorney's fees (Docket No. 742) ACEMLA, has failed to pay GVLI the sum ordered to be paid by the Judgment; and,

It appearing that more than fourteen (14) days have elapsed from the entry of Judgment and that its effect has not been stayed under F.R. Civ. Proc. 62;

The Court hereby grants GVLI's Motion and orders the execution of the Judgment entered in this case plus attorney's fees in the amount of $128,115.84.

It is further ordered that the above-mentioned Defendants are prohibited from tampering, encumbering in any form or manner any personal or real property in favor of third parties.

The Clerk of the Court shall issue as many writs of execution as may be necessary to carry out this Order directing the attachment, garnishment and

seizure of the property designated by GVLI to secure the satisfaction of the judgment and the payment of attorney's fees.

In San Juan, Puerto Rico, this 28th day of January, 2013.

s/ Gustavo A. Gelpí
Gustavo A. Gelpí
United States District Judge

**THEREFORE**, you, United States Marshal for the District of Puerto Rico, are hereby ordered to proceed, by virtue of this Writ of Execution, to: collect the sums due by ACEMLA on the judgment entered by this Court on September 29, 2010 (Docket No. 681) with interest, against any assets or property owned in Banco Popular de Puerto Rico, or owed to ACEMLA from any legal proceedings by Banco Popular de Puerto Rico; attach, sell, seize, or garnis said assets or properties in accordance with due process and all applicable laws; to return this writ executed within a reasonable time listing all steps taken towards collection of the judgment; deposit the proceeds in the Office of the Clerk of Court for further disbursement to codefendant Guillermo Venegas Lloveras, Inc., until the judgment is totally satisfied.

**BY ORDER OF THE COURT.**

In San Juan, Puerto Rico, this 13th day of February, 2013.

FRANCES RIOS DE MORAN, ESQ.
CLERK, U.S. DISTRICT COURT

by                    Gizelle M. Rivera, Deputy Clerk