**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Banco Popular de Puerto Rico | COURT CASE NUMBER<br>Civil No. 01-1142 (GAG) |
| DEFENDANT<br>Latin American Music Co., Inc. et als | TYPE OF PROCESS<br>Writ of Order of Execution |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Banco Popular of Puerto Rico
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): State Road #176, San Juan, PR 00928

INTAKE DROP BOX
RECEIVED & FILED
2014 MAY 19 PM 3:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Orlando Durán Medero, Esq.
239 Arterial Hostos Ave., Suite 305
San Juan, PR 00918

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Attachment, garnishment and seizure of bank accounts, including but not limited to CDs, saving certificates, retirement, investment accounts, IRA checking and saving accounts belonging to ACEMLA de Puerto Rico Inc., a/k/a Asociación de Compositores y Editores de Música Latino Americana ("ACEMLA")

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☒ DEFENDANT
TELEPHONE NUMBER: (787) 250-1420
DATE: 5/14/14

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 69 | District to Serve No. 69 | Signature of Authorized USMS Deputy or Clerk | Date 5/15/14 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above): ATTNY. DONNA MALDONADO RIVERA

Address (complete only different than shown above): POPULAR CENTER, LEGAL DIVISION, Ave. Ponce de Leon, Hato Rey, PR

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 05/16/14  Time: 9:35 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 3.39 | — | 68.39 | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT



PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" | |
|---|---|---|
| PLAINTIFF<br>Banco Popular de Puerto Rico | RECEIVED & FILED | COURT CASE NUMBER<br>Civil No. 01-1142 (GAG) |
| DEFENDANT<br>Latin American Music Co., Inc. et als | 2014 MAY 19 PM 3:58 | TYPE OF PROCESS<br>Writ & Orden of execution |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Oriental Bank |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>Muñoz Rivera Ave. #254, Hato Rey, PR 00918 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Orlando Durán Medero, Esq.<br>239 Arterial Hostos Ave., Suite 305<br>San Juan, PR 00918 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Attachment, garnishment and seizure of bank accounts, including but not limited to CDs, saving certificates, retirement, investment accounts, IRA checking and saving accounts belonging to ACEMLA de Puerto Rico Inc., a/k/a Asociación de Compositores y Editores de Música Latino Americana ("ACEMLA")

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☒ DEFENDANT | TELEPHONE NUMBER<br>(787) 250-1420 | DATE<br>5/14/14 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 69 | District to Serve<br>No. 69 | Signature of Authorized USMS Deputy or Clerk | Date<br>5/15/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served (if not shown above)<br>Marianyie Martinez - adm. assistant<br>Address (complete only different than shown above)<br>Legal Dept. | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| | Date 05/16/14 Time 9:10 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>65.00 | Total Mileage Charges including *endeavors*<br>3.39 | Forwarding Fee<br>— | Total Charges<br>68.39 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
AFO ☐ IN ☒
CIV ☐ OUT ☒
Item: 2

Form USM-285
Rev. 12/15/80
Automated 01/00

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Banco Popular de Puerto Rico | Civil No. 01-1142 (GAG) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Latin American Music Co., Inc. et als | Writ and Order of Execution |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Doral Bank
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Roosevelt Ave. #1451, Caparra, San Juan, PR

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Orlando Durán Medero, Esq.
239 Arterial Hostos Ave., Suite 305
San Juan, PR 00918

- Number of process to be served with this Form 285:
- Number of parties to be served in this case:
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Attachment, garnishment and seizure of bank accounts, including but not limited to CDs, saving certificates, retirement, investment accounts, IRA checking and saving accounts belonging to ACEMLA de Puerto Rico Inc., a/k/a Asociación de Compositores y Editores de Música Latino Americana ("ACEMLA").

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☒ DEFENDANT
TELEPHONE NUMBER: (787) 250-1420
DATE: 5/14/14

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 69
District to Serve No.: 69
Date: 5/15/14

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*): Yolanda Torres - Negron - Legal Division - 9th Floor

Address (*complete only different than shown above*): same

Date: 05/16/14   Time: 10:20 ☒ am ☐ pm

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 3.39 | 68.39 | | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00